# U.S. Bankruptcy Court
## District of Colorado

In re:

Bankruptcy Case No. **15–15073–HRT**

**AMERICAN EAGLE ENERGY CORPORATION AND AMZG, INC.**
Debtor

Adversary Proceeding No. **15–01269–HRT**

**PRECISION COMPLETION &PRODUCTION SERVICES, LTD.**
**HYDRATEK, INC. ET. AL.**
Plaintiff

v.

**AES DRILLING FLUIDS, LLC**
**AMZG, INC. ET. AL.**
Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
District of Colorado
721 19th St.
Denver, CO 80202–2508

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Duncan E. Barber
4582 S. Ulster St. Pkwy.
Ste. 1650
Denver, CO 80237

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Date Issued:*
07/14/2015

*Kenneth S. Gardner, Clerk*

CSD 3007

**continued caption:**

**Listing Of Plaintiff Names:**

PRECISION COMPLETION &PRODUCTION SERVICES, LTD.

HYDRATEK, INC.

MILLER OIL COMPANY, INC.

HALLIBURTON ENERGY SERVICES, INC.

POWER CRUDE TRANSPORT, INC.

G STYLE TRANSPORT, LLC

IRONGATE RENTAL SERVICES, LLC

NABORS DRILLING USA LP

**Listing Of Defendant Names:**

AES DRILLING FLUIDS, LLC

AMZG, INC.

AMERICAN EAGLE ENERGY CORPORATION

ARISTEIA CAPITAL, LLC

BENNETT MANAGEMENT CORPORATION

CMG OIL &GAS, INC.

CALFRAC WELL SERVICES, CORP.

CRUZ ENERGY SERVICES, LLC

DRILL TECH, LLC

HAMM &PHILLIPS SERVICE COMPANY, INC.

JACAM CHEMICALS 2013, LLC

KAYNE ANDERSON CAPITAL ADVISORS, L.P.

NORTHEAST INVESTORS TRUST

THRU TUBING SOLUTIONS, INC.

TRIPLE S ENTERPRISES, INC.

U.S. BANK, NATIONAL ASSOCIATION

WISCO, INC.