IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN EAGLE ENERGY CORP. | ) | Case No. 15-15073-HRT |
| | ) | |
| | ) | Case No. 15-15074-HRT |
| AMZG, INC. | ) | |
|              Debtors. | ) | Jointly Administered |
| | ) | |
| PRECISION COMPLETION & PRODUCTION SERVICES, LTD., HYDRATEK, INC., MILLER OIL COMPANY, INC., HALLIBURTON ENERGY SERVICES, INC., POWER CRUDE TRANSPORT, INC., G-STYLE TRANSPORT, LLC, IRONGATE RENTAL SERVICES, LLC, and NABORS DRILLING USA LP, | ) | **Adversary No. 15-01269-HRT** |
|              Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| BENNETT MANAGEMENT CORPORATION, ARISTEIA CAPITAL, LLC, KAYNE ANDERSON CAPITAL ADVISORS, L.P., NORTHEAST INVESTORS TRUST, WISCO, INC., CALFRAC WELL SERVICES, CORP., AES DRILLING FLUIDS, LLC, HAMM & PHILLIPS SERVICE COMPANY, INC., DRILL TECH, LLC, THRU TUBING SOLUTIONS, INC., JACAM CHEMICALS 2013, LLC, TRIPLE S ENTERPRISES, INC., CRUZ ENERGY SERVICES, LLC, CMG OIL & GAS, INC., AMERICAN EAGLE ENERGY CORPORATION, AMZG, INC., and U.S. BANK, NATIONAL ASSOCIATION, | ) | |
|              Defendants. | ) | |

**THE AD HOC GROUP MEMBERS'**
**MOTION TO DISMISS ADVERSARY PROCEEDING**

      Bennett Management Corporation, Aristeia Capital, LLC, Kayne Anderson Capital Advisors, L.P., and Northeast Investors Trust (collectively, the "Ad Hoc Group"), pursuant to Federal Rule of Bankruptcy Procedure 7012(b), hereby file this motion to dismiss adversary

proceeding as to the members of the Ad Hoc Group. A memorandum brief supporting this motion to dismiss has been filed concurrently herewith, containing the undisputed facts and legal argument upon which the members of the Ad Hoc Group rely. The Complaint filed by the Plaintiffs should be dismissed as to each member of the Ad Hoc Group for failure to state a claim upon which relief can be granted against any member of the Ad Hoc Group.

WHEREFORE, the members of the Ad Hoc Group seeking same relief respectfully request that the Court enter an Order dismissing each member of the Ad Hoc Group from the adversary proceeding with prejudice, award costs and fees, and grant any additional and further relief in favor of the members of the Ad Hoc Group that this Court deems just and appropriate.

Respectfully submitted this 13th day of August, 2015.

**ANDREWS KURTH LLP**

  */s/ Paul N. Silverstein*
Paul N. Silverstein
**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929
Email: paulsilverstein@andrewskurth.com

Timothy A. Davidson II
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
Email: TDavidson@andrewskurth.com

and

John F. Young (#26989)
James T. Markus (#25065)
**MARKUS WILLIAMS YOUNG & ZIMMERMAN LLC**
1700 Lincoln Street, Suite 4550
Denver, Colorado 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
Email: jyoung@markuswilliams.com
Email: jmarkus@markuswilliams.com
*Counsel to the Ad Hoc Group of*
*2019 Senior Secured Noteholders*

NYC:342259.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served this 13th day of August, 2015, via regular U.S. mail, postage prepaid upon the following:

| | |
|---|---|
| Duncan E. Barber<br>4582 S. Ulster St. Pkwy., Ste. 1650<br>Denver, CO 80237 | Spencer D. Solomon<br>2800 Post Oak Blvd., 61st Floor<br>Houston, TX 77056 |
| Carl Dore<br>17171 Park Row, Ste 350<br>Houston, TX 77084 | Charles Greenhouse<br>1400 16th St., 6th Floor<br>Denver, CO 80202 |
| Theodore J. Hartl<br>600 17th St., Suite 1800 South<br>Denver, CO 80202 | Kevin M. Lippman<br>500 N. Akard St., Ste. 3800<br>Dallas, TX 75201-6659 |

                                            *s/ Jenny F. Tokuoka*
                                            Jenny F. Tokuoka

NYC:342259.1